UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| ALPHONSO KENNEDY, SR., | ) | No. ED CV 09-1972-CJC (PLA) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| OFFICER LOPEZ, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Plaintiff's federal civil rights claims are dismissed without leave to amend and with prejudice for failure to state a claim.

3. Plaintiff's state law claims are dismissed without prejudice to plaintiff raising such claims in state court.

4. Judgment shall be entered consistent with this order.

5. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: April 8, 2010

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE