JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| ALPHONSO KENNEDY, SR., | ) | No. ED CV 09-1972-CJC (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| OFFICER LOPEZ, et al., | ) | |
| Defendants. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that this action be dismissed.

DATED: April 8, 2010

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE